# VERIFIED RETURN OF SERVICE

**State of Florida** **County of** **United States District Court - Court**

Case Number: 9:15-CV-80600

ABV2015000360

Plaintiff:
**MICHAEL FALCONE, on his own behalf and others similarly situated**

vs.

Defendant:
**IL BELLAGIO, INC. a Florida Corporation**

For:
Jacob Auerbach
Anidjar Auerbach Law, LLC
5521 N University Drive
Ste 204
Coral Springs, FL 33067

Received by On Time Legal Services, a Division of OTD on the 12th day of May, 2015 at 3:04 pm to be served on **IL Bellagio, Inc c/o Rosalia Del Signore, 600 S. Rosemary Street, Suite 170, West Palm Beach, FL 33401**

I, Robert Little, do hereby affirm that on the **13th day of May, 2015** at **2:40 pm, I:**

served a **CORPORATION** by delivering a true copy of the **Summons in a Civil Action, and Civil Cover Sheet, and Complaint for Damages, and Consent to Join Form** with the date and hour of service endorsed thereon by me, to: **Mauricio Prettel** as **General Manager** for **IL Bellagio, Inc**, at the address of: **600 S Rosemary Ave, Suite 170, West Palm Beach, FL 33401**, and informed said person of the contents therein, in compliance with state statutes.

**Additional Information pertaining to this Service:**
5/18/2015 10:23 am Service was made in accordance with 48.081 (3a) as Corporation was not in compliance with 48.091 (2) which states the Corporation shall keep a sign posted in some conspicuous place designating the name of the corporation and the name of its registered agent on whom process may be served.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under penalty of perjury, I declare I have read the foregoing verified return of service and that the facts stated in it are true.

**Robert Little**
Process Server #________

**On Time Legal Services, a Division of OTD**
**(Formerly Above Par)**
**3620 NE 5th Avenue**
**Wilton Manors, FL 33334**
**(954) 915-8727**
Our Job Serial Number: ABV-2015000360

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5h